| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | 21 MC 102 (AKH) |
|---|---|
| IN RE LOWER MANHATTAN DISASTER<br>SITE LITIGATION | |
| FELIPE SUAREZ,<br><br>                    Plaintiff,<br><br>    -against-<br><br>TISHMAN INTERIORS CORPORATION,<br>et al.<br>                    Defendants. | DOCKET NUMBER: (AKH) 07CV1707<br><br>NOTICE OF ADOPTION OF<br>ANSWER TO MASTER COMPLAINT OF<br>TISHMAN INTERIORS CORPORATION |

    Defendant Tishman Interiors Corporation hereby adopts as its Answer in the instant case its Answer and Defenses to Plaintiffs' Master Complaint in this litigation which were filed and served on August 3, 2007. In accordance with Case Management Order No. 4, the allegations of the instant Check-Off Complaint are deemed to be denied. By way of further answer, Tishman Interiors Corporation also incorporates by reference all averments and denials of its Answer and Defenses to the Master Complaint as though same were more fully set forth herein at length.

Dated:  New York, New York
        September 17, 2007

                        COZEN O'CONNOR

                        By: _____
                           James F. Desmond, Jr., Esquire (JD-8941)
                           45 Broadway Atrium, Suite 1600
                           New York, New York 10006
                           (212) 509-9400
                           Attorneys for Defendant
                           Tishman Interiors Corporation

## CERTIFICATE OF SERVICE

I, JAMES F. DESMOND, JR., hereby certify that a true and correct copy of Defendant Tishman Interiors Corporation's Notice of Adoption of Answer and Defenses to Master Complaint was served this 18th day of September, 2007, via ECF upon the following:

Gregory J. Cannata, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York 10279

Robert Grochow, Esquire
The Law Firm of Gregory J. Cannata
233 Broadway – Floor 5
New York, New York 10279

Christopher R. LoPalo, Esquire
Worby Groner Edelman & Napoli Bern, LLP
115 Broadway – 12th Floor
New York, New York 10006

Richard Williamson, Esquire
Fleming Zulack Williamson Zauder, LLP
One Liberty Plaza
New York, New York 10006

James Tyrell, Esquire
Patton Boggs, L.L.P.
One Riverfront Plaza, 6th Floor
Newark, N.J. 07102

Andrew Carboy, Esquire
Sullivan, Papain, Block,
McGrath & Cannavo, P.C.
120 Broadway
New York, NY 10271

Peter Wies, Esquire
The City of New York Law Department
World Trade Center Unit
100 Church Street
New York, NY 10007

_____
James F. Desmond, Jr.