William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                21 MC 102 (AKH)

——————————————————————— X

FELIPE SUAREZ

                                                                        **NOTICE OF THE**
                                                                        **BROOKFIELD**
                    **V.**                                              **PARTIES' ADOPTION OF**
                                                                        **AMENDED ANSWER**
                                                                        **TO MASTER**
                                                                        **COMPLAINT**

BANKERS TRUST COMPANY, ET. AL.,
                                                                        CASE NUMBER: (AKH)
                                                                        07 CV 1707

——————————————————————— X

　　　　PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties,

Inc., Brookfield Financial Properties, L.P., Brookfield Properties One WFC Co. LLC

f/k/a WFP Tower A Co. L.P. and Brookfield Properties One WFC G.P. Corp. f/k/a WFP

Tower A Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses

to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related

to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield

Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed

in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21

MC 102 (AKH).

　　　　WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
        October 2 2 2007

Faust, Goetz, Schenker & Blee, LLP

By: William J. Smith (WJS-9137)
Attorneys for the Brookfield Parties
Two Rector Street, 20th Floor
New York, NY 10006
(212) 363-6900