UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER　　　　　:　21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION　　　:
:
:
:
:
:
-----------------------------------------------------------------X
FELIPE SUAREZ,　　　　　　　　　　　　　　　:　07-CV-01707-AKH
:
Plaintiff,　　　:
:　**APPEARANCE**
- against -　　　　　　　　　　　　　　　　　　　:
:　**ELECTRONICALLY FILED**
A.J. GOLDSTEIN & CO., *et al.*,　　　　　　　　　　:
:
Defendants.　:
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York　　　　　　　　DICKSTEIN SHAPIRO LLP
       January 18, 2008

                     By:　　　/s/ Judith R. Cohen
                               _____
                               Judith R. Cohen (JC-8614)
                               1177 Avenue of the Americas
                               New York, New York 10036
                               Phone: (212) 277-6500
                               Fax: (212) 277-6501

                               *Attorney for Defendant*
                               MERRILL LYNCH & CO., INC.