x:\ATS 52126\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
FELIPE, SUAREZ,

Civil Action No.: 07 CV 1707

**NOTICE OF ADOPTION**

Plaintiff(s),

- against -

AJ GOLDSTEIN & CO., ALAN KASMAN DBA
KASCO, ALAN L. MERRIL ANN TAYLOR
STORES CORORATION, BANKERS TRUST
COMPANY, BATTERY PARK CITY
AUTHORITY, BETTY JEAN GRANQUIST,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC., D/B/A BMS CAT, BOARD
OF MANAGERS OF THE HUDSON VIEW EAST
CONDOMINUM, BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
BT PRIVATE CLIENTS CORP., CAROL GAYNOR
TRUST, CAROL GAYNOR, AS A TRUSTEE OF
THE CAROL GAYNOR TRUST, CAROL MERRIL
GAYNOR, DEUTSCHE BANK TRUST
COMPANY, DEUTSCHE BANK TRUST
COMPANY AMERICAS, DEUTSCHE BANK
TRUST CORPORATION, ENVIROTECH CLEAN
AIR INC., FRED GOLDSTEIN, GPS
ENVIRONMENTAL CONSULANTS, INC.,

HARLAND GAYNOR, AS TRUSTEE UNDER A
DECLARATION OF TRUST, HAROLD G.
GOLDSTEIN, AS TRUSTEE UNDER A
DECLARATION OF TRUST, HERMAN L. BLUM,
AS TRUSTEE UNDER THE LAST WILL AND
TESTAMENT OF LOUIS W. GOLDSTEIN,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
HUDSON VIEWEAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES, IDELL
GOLDSTEIN, AS TRUSTEE UNDER
DECLARATION OF TRUST, INDOOR
ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO.,
MARGARET G. WATER, MARGUERITE K.
LEWIS, AS TRUSTEE UNDER THE LAST WILL
AND TESTAMENT OF LOUIS W. GOLDSTEIN,
MATTHEW A. GELBIN, AS TRUSTEE OF THE
GELBIN FAMILY, MERRILL LYNCH & CO, INC.,
NATALIE S LEBOW, AS TRUSTEE OF THE
JEREMIAH PHILIP LEBOW REVOCABLE
TRUST, NATALIE S. LEBOW, AS TRUSTEE OF
THE JERRY P. LEBOW FAMILY TRUST, NEW
YORK UBNIVERSITY, NOMURA HOLDING
AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., PAMELA BETH KLEIN,
AS TRUSTEE OF THE PAMELA AND ROWAN
KLEINTRUST, R Y MANAGEMENT CO., INC.,
ROWAN K. KLEIN, AS TRUSTEE OF THE
PAMELA AND ROWAN KLEIN TRUST, RUTH G.
LEBOW, RY MANAGEMENT, SHIRLEY G.
SHOCKLEY, AS A TRUSTEE
UNDERDECLARATION OF TRUST,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICES, INC., SYLVIA R.
GOLDSTEIN, THE BANK OF NEW YORK T
RUST COMPANY NA, TISHMAN INTERIORS
CORPORATION, TOSC, ET AL.

                    Defendant(s).

-------------------------------------------------------------------------X


COUNSELORS:

        PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION,

as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts

ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.


Dated:  New York, New York
        January 2, 2008



_____
ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
ANN TAYLOR STORES CORPORATION.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600