UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| FELIPE SUAREZ | Case No.: 21 MC 102 (AKH) |
| Plaintiff, | Docket No.: 07-CV-1707 (AKH) |
| -against- | **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT** |
| AJ GOLDSTEIN & CO., et. al., | |
| Defendants. | |

------------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendants AJ GOLDSTEIN & CO. and the applicable owners/trustees of 130 CEDAR STREET, by their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as and for their response to the allegations set forth in the within Amended Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed herein and applicable to the above-captioned matter, hereby adopt all of the responses, defenses and affirmative defenses contained in the Answer to Plaintiffs' Master Complaint which was filed and served on August 3, 2007. All of the allegations contained in the instant Check-Off Complaint are deemed to be denied.

PLEASE TAKE NOTICE that defendants AJ GOLDSTEIN & CO. and the owners/trustees of 130 CEDAR STREET reserve the right to file an amended answer and reserve the right to interpose cross-claims against the co-defendants.

PLEASE TAKE NOTICE that defendants AJ GOLDSTEIN & CO. and the owners/trustees of 130 CEDAR STREET adopt all affirmative defenses and the jury demand therein.

3125624.1

Wherefore, defendants AJ GOLDSTEIN & CO. and the owners/trustees of 130 CEDAR STREET demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated:    New York, New York
          February 15, 2008

        **WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
        By: _____
        Robyn J. Gellert (RG0684)
        Attorneys for Defendants
        *AJ GOLDSTEIN & CO. AND OWNERS/TRUSTEES OF 130 CEDAR STREET*
        150 East 42nd Street
        New York, New York 10017
        (212) 490-3000
        File No.: 07622.00189

TO:    WORBY BRONER EDELMAN & NAPOLI BERN LLP
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel

3125624.1